UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS UNITED,<br><br>    *Plaintiff*,<br><br> v.<br><br>U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br><br>    *Defendant*. | Civil Action No. 22-2900 (RDM) |

**JOINT STATUS REPORT**

  Pursuant to this Court's Minute Order (Dec. 2, 2022), Plaintiff Citizens United and Defendant Department of Housing and Urban Development, by and through the undersigned counsel, respectfully file this Joint Status Report ("JSR") to apprise the Court of the status of the search for, processing of, and production of records responsive to Plaintiff's request under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

  Defendant has begun its search for records responsive to Plaintiff's FOIA request, and expects to complete the emails aspect of the search within about two weeks. Once Defendant has completed the emails aspect of the search, it will begin the SMS text message aspect of the search. Defendant anticipates that the SMS aspect of the search will take longer, because there is no central repository of SMS messages to search—rather, Defendant will need to individually search work phones of the 40+ custodians. Defendant cannot provide estimates as to the number of responsive records or pages until the email and SMS aspects of the search are complete, respectively.

  Defendant expects to process up to 500 pages per month, and will produce any responsive, non-exempt portions thereof. The parties will confer in good faith as to any disputes that may arise

in the course of processing and production the records, including those over the scope of Plaintiff's request, the search that Defendant conducts, and/or any withholdings that Defendant makes. Once this processing and production is complete, the parties will confer to discuss next steps in this case, including whether to conduct additional searches or else propose summary judgment briefing.

The parties do not believe an initial scheduling conference is necessary or would be helpful to the Court or parties at this point. The parties respectfully propose that the Court vacate the initial scheduling conference scheduled for January 20, 2023 at 10:30 AM, and direct the parties to file JSRs every 90 days, until the processing and production of records is complete.

Dated: January 13, 2023

Respectfully submitted,

/s/ Jeremiah L. Morgan
Jeremiah L. Morgan
(D.C. Bar No. 1012943)
William J. Olson
(D.C. Bar No. 233833)
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
703-356-5070 (telephone)
703-356-5085 (fax)
wjo@mindspring.com (e-mail)

*Attorneys for Plaintiff*

MATTHEW M. GRAVES
United States Attorney
D.C. Bar #481052

BRIAN P. HUDAK
Chief, Civil Division

By: /s/ Bradley G. Silverman
BRADLEY G. SILVERMAN
Assistant United States Attorney
D.C. Bar #1531664
U.S. Attorney's Office
District of Columbia
601 D Street NW
Washington, DC 20530
(202) 252-2575
bradley.silverman@usdoj.gov

*Attorneys for Defendant*