UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS UNITED,<br><br>               *Plaintiff*,<br><br>    v.<br><br>U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br><br>               *Defendant*. | Civil Action No. 22-2900 (RDM) |

## **JOINT STATUS REPORT**

Pursuant to this Court's Minute Order (Oct. 29, 2023), Plaintiff Citizens United and Defendant Department of Housing and Urban Development, by and through undersigned counsel, respectfully file this Joint Status Report ("JSR") to apprise the Court of the status of the search for, processing of, and production of records responsive to Plaintiff's request under the Freedom of Information Act, 5 U.S.C. § 552. Defendant has provided Plaintiff a revised *Vaughn* Index, which Plaintiff continues to review. Plaintiff expects to be in a good position to determine its next steps in this matter by Monday, January 29, 2024, and the parties propose that this Court direct them to file an additional JSR by that date.

\*   \*   \*

Dated: December 27, 2023

/s/ Jeremiah L. Morgan
Jeremiah L. Morgan
(D.C. Bar No. 1012943)
William J. Olson
(D.C. Bar No. 233833)
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
703-356-5070 (telephone)
703-356-5085 (fax)
wjo@mindspring.com (e-mail)

*Attorneys for Plaintiff*

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar #481052

BRIAN P. HUDAK
Chief, Civil Division

By: /s/ Bradley G. Silverman
    BRADLEY G. SILVERMAN
    Assistant United States Attorney
    D.C. Bar #1531664
    U.S. Attorney's Office
    District of Columbia
    601 D Street NW
    Washington, DC 20530
    (202) 252-2575
    bradley.silverman@usdoj.gov

*Attorneys for Defendant*