UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CITIZENS UNITED,

        *Plaintiff*,

v.

DEPARTMENT OF HOUSING AND
URBAN DEVELOPMENT,

        *Defendant*.

Civil Action No. 22-2900 (RDM)

## JOINT STATUS REPORT

Pursuant to this Court's Minute Order (Dec. 30, 2023), Plaintiff Citizens United and Defendant Department of Housing and Urban Development, by and through undersigned counsel, respectfully file this Joint Status Report ("JSR") to apprise the Court of the status of this case under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. Plaintiff has completed its review of, and does not intend to challenge, Defendant's response to its FOIA request. Plaintiff intends to prepare and submit to Defendant a settlement proposal for attorney's fees and costs. The parties propose that this Court direct them to file an additional JSR by February 29, 2024.

\*   \*   \*

Dated: January 29, 2024

/s/ Jeremiah L. Morgan
Jeremiah L. Morgan
(D.C. Bar No. 1012943)
William J. Olson
(D.C. Bar No. 233833)
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
703-356-5070 (telephone)
703-356-5085 (fax)
wjo@mindspring.com (e-mail)

*Attorneys for Plaintiff*

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar #481052

BRIAN P. HUDAK
Chief, Civil Division

By: /s/ Bradley G. Silverman
    BRADLEY G. SILVERMAN
    Assistant United States Attorney
    D.C. Bar #1531664
    U.S. Attorney's Office
    District of Columbia
    601 D Street NW
    Washington, DC 20530
    (202) 252-2575
    bradley.silverman@usdoj.gov

*Attorneys for Defendant*